Elmer Robbin Thomas Jr
12931 Wainwright Lane, Moreno Valley, CA, 92555
(310) 869-0910
elmer.thomas@gmail.com

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

**ELMER ROBBIN THOMAS JR**,
Plaintiff,

**FEE PAID**

v.

**ULISES CABRERA**, an individual,
**CITY OF MORENO VALLEY**, a municipal entity,
Defendants.

**Case No.:** EDCV25-01650-AB(PVc)

## COMPLAINT FOR DAMAGES

**(Civil Rights – 42 U.S.C. § 1983; California Civil Code § 52.1; Common Law)**
**DEMAND FOR JURY TRIAL**

## I. INTRODUCTION

1. Plaintiff Elmer Thomas brings this action to vindicate his constitutional and civil rights after a campaign of retaliation by Defendant Ulises Cabrera—Mayor of Moreno Valley—and the City of Moreno Valley, with Defendants acting under color of law.

2. Defendants weaponized the legal system to punish Plaintiff for protected speech, including:

   a. Filing a baseless civil harassment restraining order (TRO);
   b. Making false reports to law enforcement about Plaintiff at a public parade;
   c. Publishing knowingly false and defamatory statements to the press;
   d. Leveraging public office and City resources to silence Plaintiff's civic participation and criticism.

3. These acts caused Plaintiff to suffer significant financial loss, reputational harm, severe emotional distress, and exclusion from civic life.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

5. Venue is proper in this District under 28 U.S.C. § 1391(b), as the events occurred in Riverside County, California.

6. Pursuant to Cal. Gov. Code §§ 910 et seq., Plaintiff presented a written claim to the City on March 18, 2025; the claim was formally rejected on April 2, 2025. This action is filed within six (6) months of that rejection, satisfying § 945.6. True and correct copies of the rejection letter and the claim package are attached as *Exhibit D*.

## III. PARTIES

7. Plaintiff Elmer Thomas is a resident of Moreno Valley, California.

8. Defendant Ulises Cabrera is a resident of Riverside County, California, sued in his individual capacity for damages and in his official capacity as Mayor of the City of Moreno Valley for declaratory and injunctive relief.

9. Defendant City of Moreno Valley is a public entity subject to suit under Monell.

## IV. FACTUAL ALLEGATIONS

10. On July 4, 2023, Cabrera reported to the Riverside County Sheriff that Plaintiff made offensive gestures during the City's Fourth of July parade, specifically that Plaintiff was "flipping him off" and making a "come here" gesture that Cabrera interpreted as a challenge to fight. Cabrera later alleged in court documents and to the press that Plaintiff made threatening gestures suggesting he had a weapon.

11. Deputies responded and found no weapon or probable cause, determining the conduct did not meet the elements of any crime. *(A true and correct copy of the police report is attached as Exhibit C and incorporated by reference.)*

2

12. On July 17, 2023, the City of Moreno Valley, through retained counsel at the direction and/or approval of the City Attorney's office, filed a civil harassment petition (TRO) against Plaintiff alleging threats and violence. *City of Moreno Valley v. Thomas*, CVMV-2303544.

13. The TRO proceedings extended for 13 months before dismissal, with multiple continuances, two initiated by Petitioner (8/15 & 9/26 2023), one court-ordered for potential criminal overlap (1/23 2024), one due to counsel illness (7/16 2024), and others court-set.

14. On August 20, 2024, Riverside County Superior Court dissolved the TRO for lack of evidence. *(Exhibit A, TRO Dismissal, incorporated by reference.)*

15. On or about September 23, 2024, Cabrera provided statements to the Press-Enterprise, as published on September 26-27, 2024, knowingly repeating the false claim that Plaintiff made threatening gestures insinuating he had a gun. *(Exhibit B, Article, incorporated by reference.)*

16. Beginning on, or about, November 1 2022—less than eight months before the events at issue—Defendant Cabrera was formally CENSURED by a 3-2 vote of the Moreno Valley City Council for harassing and intimidating a former City employee.  The investigative report found that Cabrera "made comments that could have been perceived as threatening or intimidating" and belittled the employee, prompting the Council to require anti-harassment training.

17. During multiple City-Council meetings in 2023-2024 (dates to be confirmed in the video archive), Cabrera repeated the same false claim that Plaintiff made a threatening 'gun' gesture, using the Council dais and his position as Mayor to broadcast the allegation to the public audience and live-stream viewers.  These statements—though likely privileged for defamation purposes—demonstrate Cabrera's actual malice and form part of his continuing campaign to chill Plaintiff's speech.

18. Numerous community members have used public-comment periods at those meetings to report additional abuses of power by Cabrera.

19. Plaintiff's protected activity included, among others, public criticism of Cabrera's policies at City Council meetings—e.g., statements on October 21 and November 15, 2022, regarding transparency and council procedures— and multiple social media posts in 2022–2023.

20. Defendants' actions—false police report, baseless TRO, and defamatory press statements—would deter a reasonable person of ordinary firmness from continuing to criticize or participate in civic affairs. Plaintiff's speech and civic participation were in fact chilled, and his family withdrew from community events and school activities.

21. The decision to utilize City Attorney resources and file the TRO against Plaintiff was made and/or ratified by the City Manager and/or City Council, officials with final policymaking authority under the City Charter and municipal code. These officials knew or had reason to know of Cabrera's retaliatory motive and the lack of factual basis for the TRO, yet deliberately approved and continued City involvement, thereby ratifying the unconstitutional conduct. These officials were on notice of Cabrera's prior censure for abusive conduct (Nov 1 2022) yet failed to impose any safeguards, demonstrating deliberate indifference and ratification.

22. Plaintiff intends to submit Public Records Act requests within 10 days for all City communications, directives, and documentation related to the TRO filing and use of City Attorney resources. Plaintiff reserves the right to amend this complaint with facts revealed in discovery, and anticipates receiving responsive documents that will further support these allegations.

23. Plaintiff incurred special and general damages as a direct and proximate result of Defendants' actions, including but not limited to:

    a. Legal fees of approximately $40,000 in defense of the TRO;
    b. Lost income and professional opportunities due to reputational harm and time spent on litigation (estimated damages to be proven at trial);
    c. Out-of-pocket costs for mental health and stress-related care (to be specified in discovery);
    d. Exclusion from civic life, including withdrawal from at least six City Council meetings and three MVUSD events;
    e. General damages for reputational harm, shame, and humiliation within the community;
    f. Emotional distress manifesting as insomnia, chronic anxiety, loss of enjoyment of life, and social withdrawal, documented in personal journals and corroborated by family testimony.

24. [Reserved] Plaintiff will lodge additional exhibits promptly upon receipt in discovery or via CPRA. Plaintiff incorporates any such materials by reference and reserves the right to amend.

# V. CAUSES OF ACTION

## Count 1 – 42 U.S.C. § 1983 (First Amendment Retaliation)
**(Against Cabrera and City of Moreno Valley)**

25. Plaintiff re-alleges and incorporates by reference paragraphs 1–24.

26. Plaintiff engaged in protected activity, including public criticism of Defendant Cabrera at City Council meetings and on social media.

27. Defendants retaliated against Plaintiff's constitutionally protected speech by:

   a. Filing a baseless civil harassment TRO;
   b. Making knowingly false reports to law enforcement;
   c. Publishing defamatory statements to the press.

28. These actions, individually and collectively, would deter a person of ordinary firmness from continuing to speak out.

29. Plaintiff's protected speech was a substantial and motivating factor for Defendants' retaliatory acts, as shown by the close temporal proximity between his criticisms and the adverse actions, and by Defendants' lack of legitimate basis for those actions.

30. The City's involvement constitutes official municipal policy, custom, or ratification, as the City Manager and/or City Council, possessing final policymaking authority, directed or ratified use of City Attorney resources for the retaliatory TRO despite knowledge of Cabrera's retaliatory motive and the lack of evidence.

31. As a result, Plaintiff's First Amendment rights were violated and he suffered damages.

## Count 2 – California Civil Code § 52.1 (Bane Act)
**(Against Cabrera and City of Moreno Valley)**

32. Plaintiff re-alleges and incorporates by reference paragraphs 1–31.

33. Defendants interfered, by threats, intimidation, and coercion—including the filing of a baseless TRO and knowingly false police reports—with Plaintiff's constitutional rights to free speech, assembly, and petition.

34. The threat of legal sanction, loss of liberty, and reputational injury was intended to, and did, chill Plaintiff's exercise of his rights and participation in civic life.

## Count 3 – Malicious Prosecution
**(Against Cabrera and City of Moreno Valley)**

35. Plaintiff re-alleges and incorporates by reference paragraphs 1–34.

36. Defendants, with malice and without probable cause, initiated and prosecuted a civil harassment action (TRO) against Plaintiff.

37. The TRO was dismissed on the merits in Plaintiff's favor after the court found no evidence to support Defendants' allegations.

38. Defendants' malice is shown by the timing of their actions in response to Plaintiff's criticism, the demonstrably false nature of the TRO allegations, Cabrera's false characterization of events to law enforcement, and subsequent defamatory statements to the press.

39. The City of Moreno Valley, by and through its City Attorney's office and with the approval of final policymakers, actively participated in and ratified the malicious prosecution of Plaintiff.

---

## Count 4 – Defamation Per Se
**(Against Cabrera Individually)**

40. Plaintiff re-alleges and incorporates by reference paragraphs 1–39.

41. Cabrera intentionally published a statement of fact to the Press-Enterprise, falsely claiming Plaintiff made threatening gestures insinuating he had a gun during a public parade.

42. This statement is false, was made outside any official proceeding or duty, and was not privileged.

43. Cabrera made the Press-Enterprise statement, and later repeated it from the City-Council dais, despite the Council's own prior finding that he had engaged in harassment. This pattern shows actual malice.

44. The statement imputes criminal conduct to Plaintiff and is defamatory per se under California law.

45. Plaintiff suffered presumed and actual damages as a result.

## Count 5 – Intentional Infliction of Emotional Distress
**(Against Cabrera)**

46. Plaintiff re-alleges and incorporates by reference paragraphs 1–45.

47. Defendant Cabrera's conduct—including making false reports to law enforcement, orchestrating a baseless TRO, and making defamatory statements from his position of authority—was extreme, outrageous, and exceeded all bounds of decency tolerated in a civilized society.

48. Cabrera acted intentionally or with reckless disregard for the probability of causing Plaintiff severe emotional distress.

49. As a direct and proximate result, Plaintiff suffered severe emotional distress, including insomnia, chronic anxiety, loss of enjoyment of life, humiliation, and social withdrawal, as documented in personal journals and corroborated by family testimony.

## Count 6 – 42 U.S.C. § 1983 Conspiracy to Violate Civil Rights
**(Against Cabrera and City Officials)**

50. Plaintiff re-alleges and incorporates by reference paragraphs 1–49.

51. Defendants Cabrera and City officials knowingly agreed and conspired to deprive Plaintiff of his constitutional rights by using City Attorney resources to pursue a personal TRO and other adverse actions in retaliation for protected speech.

52. Overt acts in furtherance of this conspiracy included, but were not limited to, communications between Cabrera and City Attorney on or about 14–16 July 2023 (immediately preceding the 17 July filing), preparation and filing of legal documents, and public statements made thereafter.

53. As a result, Plaintiff suffered constitutional deprivation and damages.

# VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that judgment be entered in Plaintiff's favor and against all Defendants, jointly and severally to the fullest extent permitted by law, as follows:

7

a. General and special damages according to proof, including but not limited to legal fees, lost income/opportunities, future medical/therapy costs (if incurred), and out-of-pocket expenses;

b. General and special damages for reputational harm, exclusion from civic life, and emotional distress, including shame, humiliation, and loss of enjoyment of life;

c. Punitive and exemplary damages against Cabrera individually for malicious, oppressive, or reckless disregard of Plaintiff's rights;

d. Statutory attorney's fees under 42 U.S.C. § 1988 and California Civil Code § 52.1(h);

e. Costs of suit;

f. Declaratory and injunctive relief prohibiting Defendants from further retaliation against Plaintiff's protected speech or abuse of City resources for personal vendettas;

g. Pre-judgment and post-judgment interest as allowed by law; and

h. Any further relief the Court deems just and proper.

---

**DATED:** July 2, 2025

**Respectfully submitted,**

/s/ Elmer Robbin Thomas Jr.
**ELMER ROBBIN THOMAS JR, PRO SE**
12931 Wainwright Lane, Moreno Valley, CA, 92555
(310) 869-0910
elmer.thomas@gmail.com

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Complaints | | File Date | Disposition |
|---|---|---|---|
| Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY | | 07/17/2023 | Court Finding - 08/20/24 |
| Plaintiff(s) | | Defendant(s) | |
| CITY OF MORENO VALLEY | | ELMER THOMAS | |
| ATT: LAW OFFICES OF QUINTANILLA & ASSOCIATES ULISES CABRERA | | | |
| ATT: LAW OFFICES OF QUINTANILLA & ASSOCIATES | | | |

| Date | Action |
|---|---|
| 07/17/2023 | Case assigned to Department: Department MV2 |
| 07/17/2023 | Petition for Workplace Violence Restraining Orders (WV-100) Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Declaration of DECLARATION OF CARINA TAMAYO IN SUPPORT OF REQUEST FOR WORKPLACE VIOLENCE RESTRAINING ORDER Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Declaration of DECLARATION OF MARCOS VILLALOBOS IN SUPPORT OF REQUEST FOR WORKPLACE VIOLENCE RESTRAINING ORDER Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Declaration of DECLARATION OF MARTHA VILLALOBOS IN SUPPORT OF REQUEST FOR WORKPLACE VIOLENCE RESTRAINING ORDER Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Certificate of Counsel. Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Civil Case Cover Sheet Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Confidential CLETS Information (CLETS-001) Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Proposed Workplace Violence Restraining Order After Hearing (WV-130) |

PAGE: 1

A                                                                          9

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|---|---|
| | Filed By: CITY OF MORENO VALLEY |
| 07/17/2023 | Notice of Court Hearing - Workplace Violence Prevention (WV-109) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Result: Granted |
| 07/17/2023 | Temporary Restraining Order on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Against / As To: ELMER THOMAS<br>Result: Granted |
| 07/17/2023 | Notice of Department Assignment |
| 07/17/2023 | Payment: $1.85,  Journal Technologies Inc., for CABRERA, ULISES, CITY OF MORENO VALLEY, Receipt: EFM20230717-01019 |
| 07/17/2023 | CLETS check completed and documents forwarded to judicial officer for review |
| 07/24/2023 | Proof of Personal Service on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Service Type: Personal Service<br>Date Served: 07/24/2023<br>Filed By: CITY OF MORENO VALLEY<br>Against / As To: ELMER THOMAS |
| 07/27/2023 | Request to Continue Court Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS |
| 07/27/2023 | Request to Continue Court Hearing and Order on Request to Continue Hearing on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS |
| 07/28/2023 | Order on Request to Continue Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Extension of Temporary Restraining Order granted<br>Result: Granted |
| 08/01/2023 | Hearing re: Petition for Workplace Violence Restraining Orders at 8:00 AM in Department MV2 |
| 08/08/2023 | Order on Request to Continue Hearing (Temporary Restraining Order) |

A

10

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|------|--------|
| | on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Extension of Temporary Restraining Order granted<br>Result: Granted |
| 08/08/2023 | Minute Order: Court on its Own Motion |
| 08/08/2023 | Court on its Own Motion at 2:42 PM in Department MV2 Honorable Belinda A. Handy, Commissioner<br>K. Cooley, Courtroom Assistant<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>On Court's own motion:<br>08/22/2023 08:00 AM Hearing re: Request for Civil Harassment Restraining Orders advanced to 08/15/2023 at 08:00 AM in Department MV2.<br>Reason for Continuance: Court unavailable on 8/22/23.<br>Temporary Restraining Order remains in full force and effect.<br>Formal order signed in court.<br>Notice to be given by Clerk to ELMER THOMAS, STEVEN B QUINTANILLA.<br>Minute entry completed. |
| 08/08/2023 | Certificate of Mailing |
| 08/14/2023 | Proof of Service re: Response to Petition for Workplace Violence Restraining Orders, on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS |
| 08/14/2023 | Response to Petition for Workplace Violence Restraining Orders (WV-120) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS |
| 08/14/2023 | Request to Continue Court Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS |
| 08/15/2023 | Order on Request to Continue Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|------|--------|
| | Extension of Temporary Restraining Order granted<br>Result: Granted |
| 08/15/2023 | Minute Order: Hearing re: Request for Civil Harassment Restraining Orders |
| 08/15/2023 | Hearing re: Request for Civil Harassment Restraining Orders at 8:00 AM in Department MV2 Honorable Belinda A. Handy, Commissioner<br>L. Johnson, Courtroom Assistant<br>Klarissa Yanez, Court Reporter<br>APPEARANCES:<br>CITY OF MORENO VALLEY [PET], CABRERA, ULISES [PRP] represented by Lisa Weaver-Nowak.<br>Ulises Cabrera present.<br>THOMAS, ELMER [REP] represented by Brian C. Pearcy.<br>Elmer Thomas present.<br>Parties sworn en masse.<br>At 09:46 AM, the following proceedings were held:<br>Counsel request continuance.<br>Reason for Continuance: possible criminal proceedings pending.<br>Counsel stipulate: to continuance date of 09/26/2023.<br>Hearing continued not held to 09/26/2023 at 08:00 AM in Department MV2<br>Respondent waives time for Civil Harassment Restraining Order Hearing to 09/26/2023.<br>Temporary Restraining Order remains in full force and effect.<br>Temporary Restraining Order expires on 09/26/2023.<br>Formal order signed in court. |
| 08/15/2023 | Payment: $1.85,  OneLegal, for THOMAS, ELMER, Receipt: EFM20230815-01260 |
| 08/15/2023 | Payment: $1.85,  OneLegal, for THOMAS, ELMER, Receipt: EFM20230815-01262 |
| 08/17/2023 | Order on Request to Continue Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS |
| 08/17/2023 | Notice of Document Return. |

PAGE: 4

A

12

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|---|---|
| 08/22/2023 | JOINT STIPULATION REGARDING CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: CITY OF MORENO VALLEY<br>Against / As To: ELMER THOMAS |
| 08/22/2023 | Hearing re: Request for Civil Harassment Restraining Orders at 8:00 AM in Department MV2 |
| 08/22/2023 | Payment: $1.85,  CITY OF MORENO VALLEY, for CITY OF MORENO VALLEY, Receipt: EFM20230822-01929 |
| 09/25/2023 | Declaration of LISA WEAVER-NOWAK IN SUPPORT OF CITY'S PETITION FOR WORKPLACE RESTRAINING ORDER WITH EXHIBIT<br>Filed By: CITY OF MORENO VALLEY |
| 09/25/2023 | Declaration of Brian C. Pearcy in Support of Respondent's Request to Coninue Hearing<br>Filed By: ELMER THOMAS |
| 09/25/2023 | Proof of Service on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Filed By: ELMER THOMAS<br>Against / As To: CITY OF MORENO VALLEY, ULISES CABRERA |
| 09/25/2023 | Payment: $1.85,  CITY OF MORENO VALLEY, for CITY OF MORENO VALLEY, Receipt: EFM20230925-00469 |
| 09/26/2023 | Order on Request to Continue Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY<br>Extension of Temporary Restraining Order granted<br>Result: Granted |
| 09/26/2023 | Minute Order: Hearing re: Request for Civil Harassment Restraining Orders |
| 09/26/2023 | Hearing re: Request for Civil Harassment Restraining Orders at 8:00 AM in Department MV2 Honorable Belinda A. Handy, Commissioner<br>L. Johnson, Courtroom Assistant<br>R. Leath-Souza, Court Reporter<br>APPEARANCES:<br>CITY OF MORENO VALLEY [PET], CABRERA, ULISES [PRP] represented by Lisa Weaver-Nowak.<br>Ulises Cabrera present.<br>THOMAS, ELMER [REP] represented by Brian C. Percy. |

A

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|------|--------|
| | Elmer Thomas present. |

Parties sworn en masse.
At 10:04 AM, the following proceedings were held:
Counsel request continuance.
Reason for Continuance: possible criminal proceedings pending.
Petitioner objects to further continuance in this matter.
Counsel presents argument.
Court and counsel confer regarding further proceedings.
Hearing continued not held to 01/23/2024 at 01:30 PM in Department
MV2
Estimate length of hearing for Request for Civil Harassment
Restraining Orders is 2 hours.
Respondent waives time for Civil Harassment Restraining Order
Hearing to 01/23/2024.
Temporary Restraining Order remains in full force and effect.
Temporary Restraining Order expires on 01/23/2024.
Formal order signed in court.

09/26/2023  Payment: $1.85,  OneLegal, for THOMAS, ELMER, Receipt: EFM20230926-
00432

10/27/2023  Notice of Reassignment of Department for All Purposes on Petition
for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY

01/10/2024  Declaration of U. CABRERA REGARDING INCIDENT FROM NOVEMBER 4, 2023
Filed By: CITY OF MORENO VALLEY

01/10/2024  Proof of Service by Electronic Service (non-complaint) of
Declaration of U. Cabrera Regarding Incident from November 4, 2023
on Petition for Workplace Violence Restraining Orders of CITY OF
MORENO VALLEY
Filed By: CITY OF MORENO VALLEY
Against / As To: ELMER THOMAS

01/10/2024  Payment: $1.85,  CITY OF MORENO VALLEY, for CITY OF MORENO VALLEY,
Receipt: EFM20240110-00546

01/10/2024  Payment: $1.85,  CITY OF MORENO VALLEY, for CITY OF MORENO VALLEY,
Receipt: EFM20240110-00913

01/23/2024  Order on Request to Continue Hearing (Temporary Restraining Order)
on Petition for Workplace Violence Restraining Orders of CITY OF
MORENO VALLEY
Extension of Temporary Restraining Order granted

A

14

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|---|---|
| | Result: Granted |
| 01/23/2024 | Minute Order: Hearing re: Request for Civil Harassment Restraining Orders |
| 01/23/2024 | Hearing re: Request for Civil Harassment Restraining Orders at 1:30 PM in Department MV2 Honorable Samra Furbush, Commissioner L. Johnson, Courtroom Assistant D. Ivers, Court Reporter APPEARANCES: CITY OF MORENO VALLEY [PET], CABRERA, ULISES [PRP] represented by Lisa Weaver-Nowak. Ulises Cabrera present. THOMAS, ELMER [REP] represented by Brian C. Percy. Elmer Thomas present. Parties sworn en masse. Court and counsel confer regarding chambers conference held informally. At 01:52 PM, the following proceedings were held: Counsel request continuance. Reason for Continuance: possible criminal proceedings pending. Petitioner objects to further continuance in this matter. Counsel presents argument. Court and counsel confer regarding further proceedings. Over Petitioner's objection, Court makes the following order(s): Hearing continued not held to 07/09/2024 at 01:30 PM in Department MV2 Court orders no further continuances be granted for the purpose of determining status of criminal charges. Respondent waives time for Civil Harassment Restraining Order Hearing to 07/09/2024 plus 21 days. Temporary Restraining Order remains in full force and effect. Temporary Restraining Order expires on 07/09/2024. Formal order signed in court. |
| 07/09/2024 | Order on Request to Continue Hearing (Temporary Restraining Order) on Petition for Workplace Violence Restraining Orders of CITY OF MORENO VALLEY Extension of Temporary Restraining Order granted Result: Granted |

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|------|--------|
| 07/09/2024 | Minute Order: Hearing re: Request for Civil Harassment Restraining Orders |
| 07/09/2024 | Hearing re: Request for Civil Harassment Restraining Orders at 1:30 PM in Department MV2 Honorable Samra Furbush, Commissioner |

L. Johnson, Courtroom Assistant
R. Leath-Souza, Court Reporter
APPEARANCES:
CITY OF MORENO VALLEY [PET] represented by Lisa Weaver-Nowak.
Ulises Cabrera present.
THOMAS, ELMER [REP] represented by Brian C Pearcy.
Elmer Thomas present.
Parties sworn en masse.
At 01:49 PM, the following proceedings were held:
Off the record, Court and Counsel confer in chambers.
All parties are ready for Hearing re: Request for Civil Harassment Restraining Orders
Motion by Defense Counsel to exclude witnesses is granted.
Counsel stipulate: the Juneteenth event described in this cause of action took place June 17, 2023; the 4th of July event described in this cause of action took place on Frederick July 4, 2023.
Matter proceeds as contested hearing.
Opening statement presented by Lisa Weaver-Nowak.
Brian C Pearcy Reserves Opening Statement.
Ulises Cabrera sworn and examined.
Various documents received by the Court, considered and returned to offering party
Court takes Judicial Notice of Riverside Superior Court Case CVMV2303544 was filed July 17, 2023.
Court in recess at 02:58 PM
Court resumes trial at 03:18 PM
Ulises Cabrera resumes witness stand for further examination.
Various documents received by the Court, considered and returned to offering party
Counsel stipulate: court reporter need not transcribe audio recording.
Video evidence received by the Court, considered and returned to offering party.
Various photos received by the Court, considered and returned to offering party.
Witness steps down from the witness stand.

PAGE: 8

A

16

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

Date          Action

              Counsel stipulate: to foundation and playing of the 4th of July
              video.
              Audio/video evidence received by the Court, considered and returned
              to offering party.
              Plaintiff's Witness Twina Brown is sworn and testifies.
              Witness excused
              Court and counsel confer regarding scheduling.
              Hearing held and continued to 07/16/2024 at 10:30 AM in Department
              MV2 (Pre-disposition) Continued - Other pre-disposition hearing
              All excluded witnesses return to the courtroom.
              Witnesses are admonished.
              Temporary Restraining Order remains in full force and effect.
              Temporary Restraining Order expires on 07/16/2024.
              Formal order signed in court.

07/15/2024    Request to Continue Court Hearing (Temporary Restraining Order) on
              Petition for Workplace Violence Restraining Orders of CITY OF MORENO
              VALLEY
              Filed By: CITY OF MORENO VALLEY

07/15/2024    Payment: $1.85,  CITY OF MORENO VALLEY, for CITY OF MORENO VALLEY,
              Receipt: EFM20240715-01998

07/16/2024    Order on Request to Continue Hearing (Temporary Restraining Order)
              on Petition for Workplace Violence Restraining Orders of CITY OF
              MORENO VALLEY
              Extension of Temporary Restraining Order granted
              Result: Granted

07/16/2024    Minute Order: Hearing re: Petition for Workplace Violence
              Restraining Orders

07/16/2024    Hearing re: Petition for Workplace Violence Restraining Orders at
              10:30 AM in Department MV2 Honorable Samra Furbush, Commissioner
              L. Johnson, Courtroom Assistant
              D. Ivers, Court Reporter
              APPEARANCES:
              CITY OF MORENO VALLEY [PET] represented by Reginald Bickford.
              Ulises Cabrera present.
              THOMAS, ELMER [REP] represented by Brian C. Pearcy.
              Elmer Thomas present.
              At 10:48 AM, the following proceedings were held:
              Counsel request continuance.

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov
CVMV2303544: CABRERA vs THOMAS
Civil
Unlimited Civil - Restraining Order
Moreno Valley Courthouse Department MV2
Status: Closed

| Date | Action |
|------|--------|
| | Reason for Continuance: Counsel for Petitioner is ill. No objection by Respondent. Court finds good cause to continue in progress proceedings. Court and counsel confer regarding scheduling. Hearing held and continued to 08/20/2024 at 10:30 AM in Department MV2 (Pre-disposition) Continued - Trial in progress Respondent waives for to 08/20/2024. Temporary Restraining Order remains in full force and effect. Temporary Restraining Order expires on 08/20/2024. Formal order signed in court. |
| 08/20/2024 | Minute Order: Hearing re: Petition for Workplace Violence Restraining Orders |
| 08/20/2024 | Hearing re: Petition for Workplace Violence Restraining Orders at 10:30 AM in Department MV2 Honorable Samra Furbush, Commissioner L. Johnson, Courtroom Assistant A. Lindsey, Court Reporter APPEARANCES: CITY OF MORENO VALLEY [PET] represented by Lisa Weaver-Nowak. Ulises Cabrera present. THOMAS, ELMER [REP] represented by Brian C. Pearcy. Elmer Thomas present. Court resumes trial at 11:16 AM Motion by Brian C. Pearcy to exclude witnesses is granted. Plaintiff's Witness Tommie Johnson is sworn and testifies. Witness excused Petitioner rest(s). Oral motion by Brian C. Pearcy re: CCP 631.8 is called for hearing. Counsel presents argument. Motion pursuant to CCP 631.8 granted. Court's reasons for granting the motion are stated on the record Court makes the following order(s): Restraining Order denied. Temporary Restraining Order issued on 07/17/2023 is ordered vacated. |

A

18

Exhibit B

3/12/25, 12:39 PM                    Court dismisses Moreno Valley mayor's restraining order against critic – Press Enterprise

**LOCAL NEWS** • News

SUBSCRIBER ONLY

# Court dismisses Moreno Valley mayor's restraining order against critic

## Ulises Cabrera got temporary restraining order against critic Elmer Thomas in July 2023



Moreno Valley Mayor Ulises Cabrera, seen Wednesday, June 12, 2024, is suing Flock, a video surveillance company for which he worked last year. The lawsuit alleges that Cabrera's supervisor asked the mayor to use his public office to advance the company's interests. (File photo by Will Lester, Inland Valley Daily Bulletin/SCNG)

 By **BEAU YARBROUGH** | byarbrough@scng.com | San Bernardino Sun
UPDATED: September 27, 2024 at 6:28 AM PDT

B                                                                                                                    19

3/12/25, 12:39 PM                    Court dismisses Moreno Valley Mayor's restraining order against critic – Press Enterprise

A temporary restraining order granted to Moreno Valley Mayor Ulises Cabrera against a city resident and critic has been tossed out by the court.

On Aug. 20, Riverside Superior Court Judge Samra Furbush dissolved the restraining order on Elmer Thomas and denied a permanent restraining order.

"My family and I were granted a restraining order for 12 months due to the stalking, harassing and unwanted physical violence I experienced by Elmer Thomas in my official capacity as mayor," Cabrera wrote in an email Monday, Sept. 23. "While the restraining order is no longer in place, we thank the court for giving us a year of protection."

Thomas denies Cabrera's accusations.

"I feel that the mayor has been weaponizing the legal system — a tactic sometimes referred to as 'lawfare' — to suppress my freedom of speech and to intimidate me into silence," Thomas wrote in an email Monday. "The restraining order and the unfounded accusations are examples of this misuse of authority, in my view."

Sign up for The Localist, our daily email newsletter with handpicked stories relevant to where you live. Subscribe here.

Back in July 2023, Cabrera was granted a temporary restraining order against Thomas, after Cabrera told a judge he feared for his and his family's safety.



According to Cabrera, Thomas made rude comments and shoved him during a city Juneteenth event in 2023. Then, during the city's 2023 Fourth of July parade, as Cabrera and his family rode in the bed of a pickup, Thomas reportedly raised his middle finger at Cabrera and threateningly reached for his waistband — insinuating he had a gun, Cabrera alleges in court documents.

Meanwhile, Thomas has alleged that Cabrera brushed inches past Thomas' daughter then followed her to the restroom at the Juneteenth event, smirking at Thomas as he did. Cabrera has said that never happened and alleged that Thomas bumped into his right shoulder while he spoke to a food vendor.

Thomas denied reached for his waistband and said he does not own guns. He said he did give middle finger to Cabrera after he said Cabrera threw candy at Thomas' face from the mayor's parade float. Cabrera has denied throwing candy at Thomas.

"While we all have the freedom of speech, things should never escalate to threats or violence," Cabrera continued. "It is unfortunate that we are living in a time where individuals feel the need to utilize violence against elected officials they disagree with. Difference in opinion, constructive dialogue, and harsh criticism are welcome in our democracy, but threats and violence should never be tolerated."

Cabrera cited a University of San Diego study from earlier this year, showing that 66% of elected leaders surveyed in Riverside, San Diego and Imperial counties reported being threatened or harassed while performing their public duties. Threats were leveled at liberals, conservatives and moderates alike.

"We must ensure that this doesn't become the new normal. We should always strive to figure out our differences through debate rather than violence," Cabrera concluded.

The temporary restraining order kept Thomas 100 yards away from Cabrera, along with Cabrera's wife, son and father. The order kept Thomas from entering Moreno Valley City Council chambers, Moreno Valley City Hall or official meetings that Cabrera might attend.

That paused Thomas' public criticisms of Cabrera, which included his October 2021 demand that Cabrera resign after Cabrera voted to appoint LaDonna Jempson to fill a council vacancy, allegedly in violation of California's public meetings law, as well as him labeling Cabrera a coward in November 2022 after Cabrera was censured by the City Council.

The restraining order meant that Thomas was limited in how he could engage with local government.

"This restriction hindered my ability to … voice my concerns as a resident and taxpayer, and stay informed about decisions affecting our community," he wrote. "Being unable to attend City Council meetings meant I couldn't participate in public comment periods or directly observe the proceedings. This was particularly challenging given my commitment to promoting transparency and accountability in our local government. Additionally, the restraining order created a chilling effect, making me cautious about attending any

"The restraining order affected my family's involvement with the Moreno Valley Unified School District," Thomas wrote. "My children attend schools within the district, and the mayor frequently appears at school events. Due to the restraining order, I had to avoid attending important events involving my children to ensure compliance, which was distressing for both my family and me."

Thomas pulled his daughter out of school, he said, because a teacher at the school was a Cabrera supporter.

Now that the restraining order is lifted, Thomas said he looks forward to getting involved in civic life again.

"I intend to attend City Council meetings, participate in public discussions, and continue advocating for transparency, ethical leadership, and policies that benefit our residents when I am able," he wrote.

But things may be a little different this time around.

"While I am relieved that the legal restrictions have been lifted, I remain cautious," Thomas wrote. "The experience has shown me the lengths to which some officials may go to suppress dissenting voices. I am committed to standing up against such actions and hope to encourage others to engage in civic matters without fear of retaliation or abuse of power."

A year away from each other doesn't seem to have cooled tempers off much.

"It's difficult to overlook the impact that these events have had on my family and me," Thomas wrote. "I have spent over $40,000 in legal fees to defend myself — funds that could have supported my family's needs. The city paid almost $33,000 in legal fees as well, which I believe is a misuse of taxpayer dollars. The attempts to intimidate and silence us, along with the defamation and public accusations — including false allegations that I was armed and posed a threat — have been challenging to endure."

The accusations have also been hard on his family, he wrote.

"While I strive to focus on constructive engagement and the betterment of our community, trust has been eroded, and it may take time to rebuild," Thomas concluded.

View this document on Scribd

# More on Cabrera vs. Thomas

- Moreno Valley appoints new city council member — over attorney's objections
- Moreno Valley mayor leaves meeting, citing investigation into council's appointment
- Moreno Valley Council Member Ulises Cabrera censured by colleagues
- Moreno Valley rescinds council appointment after getting letter from DA
- Moreno Valley Mayor Ulises Cabrera gets restraining order against resident
- Threats, harassment common for Riverside County elected leaders, survey finds

B                                                                                                22

Exhibit C



## INCIDENT REPORT

### Riverside County Sheriff

## INCIDENT DETAILS

| FILE NUMBER | | REPORT TYPE | | DATE PREPARED | |
|---|---|---|---|---|---|
| MV-231850094 | | INITIAL | | 07/11/2023 | |

| DATE/TIME REPORTED | DATE/TIME ASSIGNED | DATE/TIME INV. START | DATE/TIME INV. TERM | ADULT ARR | JUV ARR |
|---|---|---|---|---|---|
| 07/04/2023 10:18 | 07/04/2023 10:18 | 07/04/2023 10:18 | 07/04/2023 10:28 | 0 | 0 |

| OCCURRED ON-DATE | TIME | OR BETWEEN-DATE | TIME | CASE STATUS/CLEARANCE |
|---|---|---|---|---|
| 07/04/2023 | 10:18 | | | CLOSED/EXCEPTIONAL |

| LOCATION OF OCCURRENCE | CITY | STATE | REP. DIST |
|---|---|---|---|
| FREDERICK X EUCALUPTUS | MORENO VALLEY | CA | 602A4 |

| BUSINESS NAME | BUSINESS PHONE | WAS THIS INCIDENT RELATED TO MARIJUANA? | BWC VIDEO? | UPLOADED TO EVIDENCE.COM? |
|---|---|---|---|---|
| | | NO | YES | YES |

| MISCELLANEOUS |
|---|
| |

| REPORTING OFFICER | OFFICER ID | REVIEWED BY / DATE | ENTERED BY / DATE | ENTERED BY / DATE |
|---|---|---|---|---|
| CHAPPELL | 5426 | FITZGERALD 7/14/23 | 3703 07/17/15 | 07/17/23 |
| COPIES TO | | APR SENT | APR CANCELLED | DOJ-NCIC ENTERED | DOJ-NCIC CANCELLED |

## OFFENSES

| | CODE SECTION | CRIME | COUNTS | EDP CODE |
|---|---|---|---|---|
| 1 | PC415(3)=M-90C | OFFENSIVE WORDS IN PUBLIC PLACE | 1 | 24Z1M |

## VICTIMS/REPORTING PARTIES/WITNESSES/OTHERS

| | INVL | NAME | SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | SKIN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | CABRERA, ULISES | M | H | | 28 | | | BLK | BRO | MBR |

| RESIDENCE ADDRESS | CITY | ZIP | EMAIL ADDRESS | RES PHONE |
|---|---|---|---|---|
| CITY OFFICIAL | MORENO VALLEY | 92553 | | |

| BUSINESS ADDRESS | CITY | ZIP | EMAIL ADDRESS | BUS PHONE |
|---|---|---|---|---|
| 14177 FREDERICK STREET | MORENO VALLEY | 92553 | | 951-413-3000 |

## INCIDENT REPORT

**Riverside County Sheriff**

## SUSPECTS

| 1 | ADULT |
|---|-------|

| NAME | SEX | RACE | DOB | AGE | HEIGHT | WEIGHT | HAIR | EYES | SKIN |
|------|-----|------|-----|-----|--------|--------|------|------|------|
| THOMAS, ELMER ROBBIN JR. | M | H | 10/24/1976 | 46 | 510 | 200 | BLK | BRO | MBR |

| DRIVER'S LICENSE NUMBER/ID NUMBER | STATE | SOCIAL SECURITY NUMBER | MNI NUMBER | CII NUMBER |
|---|---|---|---|---|
| ▮ | CA | ▮ | 2227238 | A11418676 |

| RESIDENCE ADDRESS | CITY | ZIP | EMAIL ADDRESS | RES PHONE |
|---|---|---|---|---|
| ▮ | MORENO VALLEY | 92555 | ▮ | ▮ |

| BUSINESS ADDRESS | CITY | ZIP | EMAIL ADDRESS | BUS PHONE |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | | UNKNOWN |

**FILE NUMBER:** MV231850094

| **CONTINUATION PAGE** |

**Riverside County Sheriff** 3

1  **EVIDENCE:**

2  **ITEM:**    **QTY:**    **BAR CODE:**    **DESCRIPTION:**

3  01    01    NONE    Body worn camera video.

4

5  The above listed item was digitally downloaded and uploaded to Evidence.com.

6

7  **DETAILS:**

8  On 07/04/2023, Deputy Sandoval and I were assigned to the Special Enforcement Team's Career Criminal

9  Apprehension Team at the Moreno Valley Sheriff's Station.  Deputy Sandoval and I were tasked with

10  traffic control/roadblocks at the intersection of Frederick Street and Eucalyptus Avenue for the city of

11  Moreno Valley's annual Fourth of July Parade.  The following are a summary of events.

12

13  Around 1015 hours, I heard a radio broadcast, which stated a male was running next to Mayor Ulises

14  Cabrera's float yelling curse words at the Mayor.  The male was also displaying his middle finger to Mayor

15  Cabrera while yelling curse words and obscenities.  As the parade continued to travel north bound on

16  Frederick Street from Dracaea Avenue, Deputy Sandoval and I positioned our selves near the eastern curb

17  line of Frederick Street and Eucalyptus Avenue to intercept the male causing the disturbance.  Moments

18  later, Deputy Sandoval and I contacted the male.  The male was later identified as (SUS) Elmer Robbin

19  Thomas Jr.

20

21  I attempted to speak with Elmer, but he ran toward the western curb line of Frederick Street and

22  Eucalyptus Avenue.  Deputy Sandoval and I followed Elmer to speak with him about the disturbance.

23  When I initially began to speak with Elmer, he appeared to be agitated and continued to walk away from

24  me.  At this point, I explained to Elmer that he was not free to leave and was detained pending my

25  investigation.  I asked Elmer for his contact information, which he later provided.  Elmer then provided

26  me with the follow statement.

27

28  The following is a summary of Elmer's statement.

FILE NUMBER:    MV231850094

## CONTINUATION PAGE

**Riverside County Sheriff**                                          **4**

1   <u>**INTERVIEW WITH ELMER ROBBIN THOMAS JR :**</u>

2   Elmer stated he was running northbound near the intersection of Frederick Street and Dracaea Avenue

3   when he saw Mayor Ulises Cabrera.  Elmer stated the parade stopped at the intersection and Mayor

4   Cabrera threw candy at him striking him on the top of his head.  At this point, Elmer began to talk about a

5   previous altercation between his daughter and Mayor Cabrera.  This incident was documented under

6   **MV231680186.**

7

8   According to Elmer, this prior altercation caused him to see "Red" when he saw the Mayor Cabrera in the

9   parade.  I asked Elmer if he flipped off and yelled cursed words at Mayor Cabrera and he replied, "Yes."

10  Elmer then began to speak about random previous altercations with the Mayor Cabrera.  The described

11  previous encounters did not make sense and sounded extremely exaggerated.  I redirected the

12  conversation back to the incident which occurred during the parade.  Then Elmer stated, "I'm talking

13  about today, tomorrow, the future, the present and the past, I will keep flipping him (*Mayor Cabrera*) off

14  until he is out of that seat!"

15

16  After taking this brief statement, I explained to Elmer that he should not do things that would cause

17  another person to feel as though they need to defend themselves.  Elmer replied, "That's honestly true,

18  unless the person did you wrong."  Elmer continued to ramble about several unrelated incidents involving

19  Mayor Cabrera's family members and himself.  At this point, I advised Elmer to stand by with Deputy

20  Sandoval as I conducted a record check.  Shortly thereafter, I returned and provided Elmer with a file

21  number for my report.  I then explained to Elmer that he violated 415(3) of the California Penal Code.

22  Elmer conducted an internet search of the penal code and read it aloud.  Shortly after, I concluded my

23  interview with Elmer and he left the scene to continue his run.

24

25  On 07/11/2023, around 1900 hours, I contacted the Mayor for the city of Moreno Valley, Ulises Cabrera.

26

27  The following is a summary of statement provided by Mayor Cabrera.

28

Riverside County Sheriff-Form C 442 Continuation Page (Revised 1-12-2023)

FILE NUMBER:    MV231850094

**CONTINUATION PAGE**

**Riverside County Sheriff**                                    5

1   <u>**INTERVIEW WITH MAYOR ULISES CABRERA:**</u>

2   Mayor Cabrera stated he first noticed Elmer Thomas near Frederick Street and Alessandro Boulevard at

3   the beginning of the parade. Elmer was jogging in the area, but Mayor Cabrera did not think much of it.

4   The parade started and traveled northbound on Frederick Street. When the parade approached the

5   intersection of Frederick and Dracaea Avenue, Mayor Cabrera saw Elmer standing about twenty feet

6   away. This is when Mayor Cabrera saw Elmer flipping him off. Immediately following, Elmer began to

7   motion with hands requesting the Mayor to come to him. Mayor Cabrera believed this was a challenge

8   from Elmer to fight. At this point, Mayor Cabrera became concerned for his safety as well as the safety of

9   his family. Mayor Cabrera contacted Captain Reichle to report the incident and his concerns for his

10  family's safety.

11

12  According to Mayor Cabrera, he has known Elmer about three years and has had several negative

13  encounters with him during City Council meetings. During one of the council meetings, Elmer and his

14  wife had to be escorted out due to their disruptive behavior. Mayor Cabrera stated Elmer's behavior

15  does not make him feel safe. Based on the incident at the Fourth of July Parade, Mayor Cabrera believes

16  Elmer poses a potential risk to him and his family. Before concluding my interview with Mayor Cabrera,

17  he told me there was a video recording of the incident at the parade. I provided Mayor Cabrera with my

18  Department email address and requested a copy of the video. After taking this brief statement, I

19  concluded my interview with Mayor Cabrera.

20

21  Upon review of the above details, this incident does not meet the elements of 415(3) PC. This report will

22  be written for documentation purposes only.

23

24  <u>**CASE STATUS:**</u>

25  *Closed / Exceptional*

Riverside County Sheriff-Form C 442 Continuation Page (Revised 1-12-2023)



## REJECTION OF CLAIM

April 02, 2025

Law Office of Hector Brolo
140 W Foothill Blvd
Suite B-3
Claremont, CA 91711

Reference:      Principal:          City of Moreno Valley
                Loss Date:          09/23/2024
                Claim(s) Made:      03-18-2025
                Claimant(s):        Thomas #2, Elmer Robbin
                Our File Number:    25-185277

Dear Mr. Brolo:

We are the Third Party Administrator handling the liability claims for the City of Moreno Valley.

Notice is hereby given that the claim, which you presented to the City of Moreno Valley on , was
rejected 04/02/2025. As part of this rejection notice, Government Code Section 913 requires that the City
of Moreno Valley provide you with the following notice:

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was
personally delivered or deposited in the mail to file an action under California law on this claim.
See Government Code Section 945.6. You may seek the advice of an attorney of your choice in
connection with this matter. If you desire to consult an attorney, you should do so immediately.

Should you have any questions or wish to discuss this matter, please do not hesitate to contact the
undersigned.

Sincerely,

Sheryll Fair
Complex Claims Specialist

sheryllfair@gmail.com

cc:     City of Moreno Valley

D                                                                                                    28

**Personally Deliver or Mail to to:**

**City Clerk or Secretary for the City of Moreno Valley**
**14177 Frederick St Moreno Valley CA 92553**

## CLAIM FOR MONEY OR DAMAGES AGAINST THE CITY OF MORENO VALLEY

RESERVE FOR FILING STAMP

**Note:** A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented not later than six months after the accrual of the cause of action.   A claim relating to any other cause of action shall be presented not later than one year after the accrual of the cause of action.   See California Government Code §911.2.

**If additional space is needed to provide your information, please attach separate sheets which identify the paragraph(s) being answered.   Sign, date and number all attachments to the claim form.**

1. Name and Post Office address of the Claimant:

   Name of Claimant: Elmer Robbin Thomas, Jr.

   Post Office Address:  12931 Wainwright Lane, Moreno Valley, CA, 92555

   Telephone:   (310) 869-0910

   Email address: elmer.thomas@gmail.com

2. Post Office address to which the person presenting the claim desires notices to be sent:

   Name of Addressee: Law Office of Hector R. Brolo     Relationship to Claimant: Attorney for Claimant

   Post Office Address:  140 W. Foothill Blvd. Ste B-3, Claremont, CA 91711

   Telephone: (909) 203-8036     Email: aguilalegal1@gmail.com

3. Claimant date of birth, Social Security Number and gender:

   Date of Birth:  10 / 24 / 1976

   Social Security Number:  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

   Gender: Male

   Medicare/Medi-Cal Recipient     YES ☐     NO ☒

   **Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) (P.L. 110-173), adds mandatory reporting requirements for liability insurance (including self-insurance) and public entities. See 42 U.S.C. 1395y(b)(8). The City of Moreno Valley is requesting this information to comply with the requirements of MMSEA and will not disseminate this information, except for reporting purposes as required by the Act referenced above. You understand that if you are a Medicare beneficiary and you do not provide the requested information, you may be violating obligations as a beneficiary to assist the Centers for Medicare & Medicaid Services in coordinating benefits to pay your claims correctly and promptly.**

4. The date, place and other circumstances of the occurrence or transaction which gave rise to the claim asserted.

   Date of Occurrence: September 23, 2024     Time of Occurrence: Approx. morning publication.

   Location:  Moreno Valley, CA (defamatory statements published in Press Enterprise, impacting local community)

   Circumstances giving rise to this claim:   On or about September 23, 2024, Mayor Ulises Cabrera made false and defamatory

   statements accusing me, Elmer Thomas, of stalking, harassment, and threats of violence. These statements appeared in the Press

D

Enterprise and were disseminated within Moreno Valley. As a result, I suffered reputational harm, emotional distress, and financial loss. The Mayor's remarks were made in his official capacity, under color of authority, thus making the City of Moreno Valley liable for the damage caused by its top elected official.

5.  General description of the indebtedness, obligation, injury, damage or loss incurred so far as it may be known at the time of the presentation of the claim.

Mayor Cabrera's false statements labeling me as dangerous have damaged my public image and caused significant defamation, undermining my community standing and creating emotional distress that has led me to avoid public events. Financially, I've suffered lost work opportunities and wages, incurred costs for relocating my daughter to private school, diminished my ability to support my older daughter's college expenses, and accumulated substantial legal expenses including attorney fees, court transcripts, transportation costs, and lost income from time spent in legal meetings and court appearances. The City bears responsibility as the Mayor acted under color of law, attributing official weight to his defamatory statements as the top elected official.

6.  The name or names of the public employee or employees causing the injury, damage, or loss, if known.

Mayor Ulises Cabrera (Chief Executive, City of Moreno Valley)

7.  **If amount claimed totals less than $10,000:**  If the amount claimed totals less than ten thousand dollars ($10,000) as of the date of presentation of the claim, including the estimated amount of any prospective injury, damage, or loss, insofar as it may be known at the time of the presentation of the claim, together with the basis of computation of the amount claimed.

Amount Claimed and basis for computation:

8.  **If amount claimed exceeds $10,000:**  If the amount claimed exceeds ten thousand dollars ($10,000), no dollar amount shall be included in the claim.   However, it shall indicate whether the claim would be a limited civil case.   A limited civil case is one where the recovery sought, exclusive of attorney fees, interest and court costs, does not exceed $25,000. An unlimited civil case is one in which the recovery sought is more than $25,000.   See California Code of Civil Procedure §86.

☐ Limited Civil Case                    ☒ Unlimited Civil Case

9.      Name, address and telephone number of any witness(es) to the occurrence or transaction which gave rise to the claim asserted:

Please see the attached Press Enterprise article.

10. If the claim involves medical treatment for a claimed injury, please provide the name, address and telephone number of any doctor(s) or hospital(s) providing treatment:

N/A

*If applicable, please attach any medical records or reports, medical bills or similar documents supporting your claim.*

D

11.   If the claim relates to an automobile accident:

Claimant(s) Auto Ins. Co.:                          Telephone:

Address:        NA

                                                    Insurance Policy No.:


Insurance Broker/Agent:                             Telephone:

Address:


Claimant's Veh. Lic. No.:                           Vehicle Make/Year:

Claimant's Drivers Lic. No.:                        Expiration:

*If applicable, please attach any repair bills, estimates or similar documents supporting your claim.*

---

### READ CAREFULLY

For all accident claims, place on following diagram name of streets, including North, East, South, and West; indicate place of accident by "X" and by showing house numbers or distances to street corners.   If City/Agency Vehicle was involved, designate by letter "A" location of City/Agency Vehicle when you first saw it, and by "B" location of yourself or your vehicle when you first saw City/Agency Vehicle; location of City/Agency vehicle at time of accident by "A-1" and location of yourself or your vehicle at the time of the accident by "B-1" and the point of impact by "X."

**NOTE:** If diagrams below do not fit the situation, attach hereto a proper diagram signed and by claimant.



---

**Warning:**   Presentation of a false claim is a felony.   See California Penal Code §72.   In the event a legal action is filed and it is determined that the the action was not filed in good faith and with reasonable cause, the City/Agency may seek to recover all costs of defense.   See California Code of Civil Procedure §1038.

Signature of the Claimant or Person acting on the Claimant's behalf

March 12, 2025

Date

D

**Personally Deliver or Mail to the:**

**City Clerk or Secretary for the
City of Moreno Valley**
14177 Frederick St Moreno Valley
CA 92553

# CLAIM FOR MONEY OR DAMAGES AGAINST THE CITY OF MORENO VALLEY

RESERVE FOR FILING STAMP

**Note:** A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented not later than six months after the accrual of the cause of action.   A claim relating to any other cause of action shall be presented not later than one year after the accrual of the cause of action.   See California Government Code §911.2.

**If additional space is needed to provide your information, please attach separate sheets which identify the paragraph(s) being answered.   Sign, date and number all attachments to the claim form.**

1.    Name and Post Office address of the Claimant:

Name of Claimant:   Elmer Robbin Thomas Jr.

Post Office Address:   12931 Wainwright Lane, Moreno Valley, CA, 92555

Telephone:   (310) 869-0910

Email address:   elmer.thomas@gmail.com

2.    Post Office address to which the person presenting the claim desires notices to be sent:

Name of Addressee:   Law Office of Hector R. Brolo          Relationship to Claimant:   Attorney for Claimant

Post Office Address:   140 W. Foothill Blvd. Ste B-3, Claremont, CA 91711

Telephone:   909-203-8036          Email:   aguilalegal1@gmail.com

3.    Claimant date of birth, Social Security Number and gender:

Date of Birth:   10 / 24 / 1976

Social Security Number:   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

Gender:   Male

Medicare/Medi-Cal Recipient        YES ☐            NO ☒

**Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) (P.L. 110-173), adds mandatory reporting requirements for liability insurance (including self-insurance) and public entities. See 42 U.S.C. 1395y(b)(8). The City of Moreno Valley is requesting this information to comply with the requirements of MMSEA and will not disseminate this information, except for reporting purposes as required by the Act referenced above. You understand that if you are a Medicare beneficiary and you do not provide the requested information, you may be violating obligations as a beneficiary to assist the Centers for Medicare & Medicaid Services in coordinating benefits to pay your claims correctly and promptly.**

4.    The date, place and other circumstances of the occurrence or transaction which gave rise to the claim asserted.

Date of Occurrence:   From June 17, 2023 (Juneteenth event) through August 20, 2024 (TRO dismissal date).        Time of Occurrence:

Location:   Multiple locations in Moreno Valley, including city-sponsored events, city hall.

Circumstances giving rise to this claim:   Mayor Cabrera, in his capacity as Moreno Valley's chief executive, repeatedly harassed, defamed, and intimidated me from June 2023 to August 2024, culminating in an unfounded restraining order. He falsely claimed I threatened

D

32

him with a gun at the July 4th parade and attempted to have felony charges filed, causing legal fees, emotional distress, and reputational harm. The temporary restraining order was dismissed on August 20, 2024, with the court finding insufficient evidence. Additionally, as a result of Cabrera's harassment and false statements, my child was forced to leave public school, and I suffered significant financial losses.

I am filing a Late Claim because I did not receive critical court transcripts until March 7, 2025, delayed by the transcript service's illness, which prevented me from substantiating my case within the normal 6-month window.

5.    General description of the indebtedness, obligation, injury, damage or loss incurred so far as it may be known at the time of the presentation of the claim.

Defending against Mayor Cabrera's baseless restraining order resulted in approximately $40,000 in legal expenses, while his defamatory statements forced me to enroll my daughter in private school due to safety concerns from his supporters. The Mayor's damaging statements compromised my job, leading to lost wages and future income as I reduced work hours to attend court. I continue experiencing anxiety and distress, avoiding public events and municipal functions for fear of further retaliation. The City of Moreno Valley bears liability as Mayor Cabrera acted in his official capacity, using City resources and authority to defame me and weaponize legal processes. Regarding the late filing, the final transcript revealing Cabrera's false testimony under oath was delayed until March 7, 2025, due to illness of the transcription service, and I'm presenting this claim immediately upon receiving this essential evidence.

6.    The name or names of the public employee or employees causing the injury, damage, or loss, if known.

Mayor Ulises Cabrera, chief executive (Mayor) of Moreno Valley

7.    **If amount claimed totals less than $10,000:**   If the amount claimed totals less than ten thousand dollars ($10,000) as of the date of presentation of the claim, including the estimated amount of any prospective injury, damage, or loss, insofar as it may be known at the time of the presentation of the claim, together with the basis of computation of the amount claimed.

Amount Claimed and basis for computation:

8.    **If amount claimed exceeds $10,000:**   If the amount claimed exceeds ten thousand dollars ($10,000), no dollar amount shall be included in the claim.   However, it shall indicate whether the claim would be a limited civil case.   A limited civil case is one where the recovery sought, exclusive of attorney fees, interest and court costs, does not exceed $25,000. An unlimited civil case is one in which the recovery sought is more than $25,000.   See California Code of Civil Procedure §86.

[ ] Limited Civil Case                     [X] Unlimited Civil Case

9.

        Name, address and telephone number of any witness(es) to the occurrence or transaction which gave rise to the claim asserted:

Assistant City Manager Brian Mohan

Officer Gonzalez

Possibly other city staff or event attendees (names forthcoming)

My minor daughter [Name Withheld], who witnessed Cabrera's intimidation.

10.    If the claim involves medical treatment for a claimed injury, please provide the name, address and telephone number of any doctor(s) or hospital(s) providing treatment:

N/A

*If applicable, please attach any medical records or reports, medical bills or similar documents supporting your claim.*

11.    If the claim relates to an automobile accident:

Claimant(s) Auto Ins. Co.:              Telephone:

Address:

                     Insurance Policy No.:

Insurance Broker/Agent:           Telephone:

Address:

Claimant's Veh. Lic. No.:            Vehicle Make/Year:

Claimant's Drivers Lic. No.:         Expiration:

*If applicable, please attach any repair bills, estimates or similar documents supporting your claim.*

---

### READ CAREFULLY

For all accident claims, place on following diagram name of streets, including North, East, South, and West; indicate place of accident by "X" and by showing house numbers or distances to street corners. If City/Agency Vehicle was involved, designate by letter "A" location of City/Agency Vehicle when you first saw it, and by "B" location of yourself or your vehicle when you first saw City/Agency Vehicle; location of City/Agency vehicle at time of accident by "A-1" and location of yourself or your vehicle at the time of the accident by "B-1" and the point of impact by "X."

**NOTE:** If diagrams below do not fit the situation, attach hereto a proper diagram signed and by claimant.



**Warning:** Presentation of a false claim is a felony. See California Penal Code §72. In the event a legal action is filed and it is determined that the the action was not filed in good faith and with reasonable cause, the City/Agency may seek to recover all costs of defense. See California Code of Civil Procedure §1038.

_____
Signature of the Claimant or Person acting on the Claimant's behalf

March 12, 2025
_____
Date

D

34

**Elmer Robbin Thomas Jr.**
12931 Wainwright Lane
Moreno Valley, CA, 92555
(310) 869-0910
elmer.thomas@gmail.com

**March 12, 2025**
**City Clerk**
**City of Moreno Valley**
**14177 Frederick Street**
**Moreno Valley, CA 92553**

Re: **Late Claim Application** – Government Code §911.4
**Claimant:** Elmer Robbin Thomas, Jr.
**Subject:** Prior Incidents (June 17, 2023 – August 20, 2024)

Dear City Clerk:

I respectfully submit this **Late Claim Application** pursuant to **Government Code §911.4**, regarding events occurring between **June 17, 2023, and August 20, 2024** (the date the unfounded restraining order against me was dismissed).

# Reason for Late Filing

Despite my diligence in seeking legal remedies, I was unable to file a timely claim within six months of these incidents due to circumstances beyond my control:

- **Delayed Transcripts**: Critical evidence, specifically official court transcripts documenting Mayor Ulises Cabrera's false statements and sworn testimony, was not delivered to me until **March 7, 2025**, due to illness-related delays in the transcription service.
- **Essential Proof**: These transcripts were pivotal in substantiating the factual basis of my claim, including Cabrera's material misrepresentations and misuse of public office, which inflicted reputational harm, financial losses, and emotional distress upon me.

# Good Faith and Diligence

Immediately upon receiving these essential transcripts, I began preparing this Late Claim Application. I have acted promptly and in good faith, and would have filed earlier had I possessed the necessary documentation. I respectfully request that the City accept this late claim under **Government Code §911.4** so that I may pursue the appropriate remedies for the harm I have suffered.

# Summary of Claim

D

- **Timeframe**: June 17, 2023 (initial harassment) through August 20, 2024 (dismissal of the TRO).
- **Allegations**: Harassment, defamation, and abuse of authority by Mayor Cabrera, resulting in significant legal expenses, forced educational changes for my child, lost wages, emotional distress, and ongoing reputational harm.
- **Municipal Liability**: Mayor Cabrera, as the City's chief executive, acted under color of law in making false statements and filing baseless legal actions, thereby subjecting the City to liability for his official conduct.

Thank you for your consideration of this Late Claim Application. I look forward to the City's response within the statutory period.

If you have any questions or require further documentation, please feel free to contact me or my attorney, whose information is also enclosed.

Sincerely,

**Elmer Robbin Thomas, Jr.**

cc: **Law Office of Hector R. Brolo**
140 W. Foothill Blvd. Ste B-3
Claremont, CA 91711

D

36